IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Moore, Necola | Case Number:  05 B 57322 |
| | Judge:  Squires, John H |
| Printed:  8/26/08 | Filed:  10/16/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 3, 2008
Confirmed: February 8, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,122.00 | |
| Secured: | | 2,643.14 |
| Unsecured: | | 2,928.12 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 462.65 |
| Other Funds: | | 1,388.09 |
| Totals: | 10,122.00 | 10,122.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Melvin J Kaplan Esq | Administrative | 2,700.00 | 2,700.00 |
| 2. | Nuvell Financial Services | Secured | 0.00 | 0.00 |
| 3. | Nuvell Financial Services | Secured | 2,643.14 | 2,643.14 |
| 4. | Capital One | Unsecured | 1,058.49 | 514.26 |
| 5. | ECast Settlement Corp | Unsecured | 808.56 | 808.56 |
| 6. | Cash Supply | Unsecured | 350.00 | 350.00 |
| 7. | Quick Payday | Unsecured | 620.00 | 620.00 |
| 8. | AmeriCash Loans, LLC | Unsecured | 635.30 | 635.30 |
| 9. | Insta Cash | Unsecured | | No Claim Filed |
| 10. | Cingular Wireless | Unsecured | | No Claim Filed |
| 11. | Coastline Credit | Unsecured | | No Claim Filed |
| 12. | Fast Cash | Unsecured | | No Claim Filed |
| 13. | Magnum Cash Advance | Unsecured | | No Claim Filed |
| 14. | One Click Cash | Unsecured | | No Claim Filed |
| 15. | Pay Day Loans | Unsecured | | No Claim Filed |
| 16. | Nuvell Credit Company LLC | Unsecured | | No Claim Filed |
| 17. | Jackson Park Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 8,815.49 | $ 8,271.26 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 144.21 |
| 5% | 45.00 |
| 4.8% | 63.74 |
| 5.4% | 209.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moore, Necola | Case Number: 05 B 57322 |
| | Judge: Squires, John H |
| Printed: 8/26/08 | Filed: 10/16/05 |

_____
$ 462.65

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

